5

United States District Court
Southern District of Texas
ENTERED
JUL 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Dumet

United States District Court
Southern District of Texas
FILED
JUL 06 1998
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CATHY NIETO D'ANNA | § |
| Plaintiff | § § § |
| V. | § Civil Action No. B-98-078 |
| | § § |
| THE NEIMAN-MARCUS GROUP, INC. d/b/a NEIMAN MARCUS, | § § § |
| Defendant. | § |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF CATHY NIETO D'ANNA'S
<u>FIRST AMENDED ORIGINAL COMPLAINT</u>**

Before the court is Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff Cathy Nieto D'Anna's First Amended Original Complaint. The Court, having reviewed the motion, finds that the motion is well-taken and should be granted. It is accordingly

ORDERED that Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff Cathy Nieto D'Anna's First Amended Original Complaint be, and it is hereby, GRANTED. It is, therefore, further

ORDERED that the defendant be, and it is hereby, granted an extension of time to and including July 14, 1998, to answer or otherwise respond to the Amended Complaint.

SIGNED this 6th day of July, 1998.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

59515 66666 LERA 73758

**ORDER - Solo Page**