**United States District Court**
**Southern District of Texas**
**ENTERED**
JUL 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Guzman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**
JUL 06 1998
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CATHY NIETO D'ANNA<br>Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO.<br>B-98-78 |
| THE NEIMAN-MARCUS GROUP, INC.<br>d/b/a NEIMAN MARCUS,<br>Defendant | § § § | "Jury" |

## ORDER ON MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

The Motion for Leave to Appear *Pro Hac Vice* of MICHAEL H. PATTERSON having come before the Court for consideration and found to be of merit, is hereby GRANTED.

It is, therefore, ORDERED that MICHAEL H. PATTERSON be allowed to appear as counsel for the Plaintiff *pro hac vice*, pending readmission to practice before the United States District Court for the Southern District of Texas.

SIGNED this 6TH day of JULY, 1998.

_____
HON. FILEMON VELA
UNITED STATES DISTRICT JUDGE