14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATHY NIETO D'ANNA | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-078 |
| | § | |
| THE NEIMAN-MARCUS GROUP, INC | § | |
| d/b/a NEIMAN MARCUS | § | |
| Defendant | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 17, 1998 should be **ADOPTED.**

It is **ORDERED** that Defendant's Motion to Dismiss should be **GRANTED** as to Plaintiff's claims brought under 42 U.S.C. § 1981 and § 1981(a).

It is further **ORDERED** that Defendant's Motion to Dismiss should be **DENIED** as to Plaintiff's claims brought under Title VII of the Civil Rights Act of 1964.

DONE in Brownsville, Texas, on this ____ day of _November_____ 1998.

_____
Hilda G. Tagle
United States District Judge