IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

MAY 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATHY NIETO D'ANNA | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-078 |
| | § | |
| THE NEIMAN-MARCUS GROUP, INC | § | |
| d/b/a NEIMAN MARCUS | § | |
| Defendant | § | |

## ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE

This action is before the Court on Defendant's Motion to Transfer Venue in the above-entitled and numbered cause. The Court, having considered the motions, briefs, and pleadings on file finds that the motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant's Motion to Transfer Venue be, and it is hereby, DENIED.

Signed this ___10___ day of ___May___, 1999.

_____
Hilda G. Tagle
United States District Judge