IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION

| | |
|---|---|
| CATHY NIETO D'ANNA § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-078 |
| § | |
| THE NEIMAN-MARCUS GROUP, INC § | |
| d/b/a NEIMAN MARCUS § | |
| Defendant § | |

### ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE

This action is before the Court on Defendant's Motion to Transfer Venue in the above-entitled and numbered cause. On May 10, 1999, the Court ordered that Defendant's Motion to Transfer Venue be denied. (Docket No. 10). This Court VACATES its previous Order and finds that the Defendant's Motion To Transfer venue to the Houston Division of the Southern District of Texas should be GRANTED.

IT IS THEREFORE ORDERED that this Court's Order of May 10, 1999 be VACATED and Defendant's Motion to Transfer Venue to the Houston Division be, and it is hereby, GRANTED.

Signed this 24 day of June, 1999.

_____
Hilda G. Tagle
United States District Judge